UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| LADELLA MAE FRANCE | ) | |
| | ) | |
| v. | ) | NO. 2:13-CV-198 |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner of Social Security | ) | |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. [Doc. 18]. No objections have been filed to this report. After careful consideration of the record as a whole, the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, the motion for judgment on the pleadings filed by the plaintiff is **GRANTED**, [Doc.14], the motion for summary judgment filed by the defendant is **DENIED,** [Doc. 16], and this case is **REMANDED** to the Commissioner for further consideration of the plaintiff's physical residual functional capacity including any further examinations and vocational testimony that may be necessary.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE