UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LADELLA FRANCE ) | |
| ) | |
| v. ) | NO. 2:13-CV-198 |
| ) | |
| CAROLYN W. COLVIN ) | |
| Acting Commissioner of Social Security ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge regarding the motion for an award of attorneys fees to the plaintiff under the Equal Access to Justice Act ("EAJA"). No objections have been filed to this report. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 23], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and the motion for an award of EAJA attorney fees filed by the plaintiff is **GRANTED,** and the plaintiff is awarded EAJA fees in the amount of $3,066.30. [Doc. 21]. These fees may be paid directly to plaintiff's attorney as assignee of the plaintiff, provided that the plaintiff owes no debt to the government of the United States which may be subject to the Treasury Offset Program.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE